UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA HERNANDEZ, ) | |
| ) | CIV. S-05-346 GEB KJM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING STATUS |
| ) | (PRETRIAL SCHEDULING) |
| ALAN R. CHINN, ) | CONFERENCE |
| ) | |
| Defendant. ) | |

      Plaintiff's Status Report, filed on May 6, 2005, reveals this case is not ready to be scheduled.  Therefore, the Status (Pretrial Scheduling) Conference set for May 23, 2005, is continued to July 11, 2005, at 9:00 a.m.  A joint status report shall be filed no later than June 27, 2005.[1]

      IT IS SO ORDERED.

Dated:  May 17, 2005

                                          /s/ Garland E. Burrell, Jr.
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.