IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIA HERNANDEZ,

    Plaintiff,                                    No. CIV S-05-0346 GEB KJM

    vs.

ALAN CHINN,

    Defendant.                                <u>ORDER</u>

/

    Defendant's motion to compel answers at deposition came on regularly for hearing July 12, 2006. Thomas Stewart appeared for plaintiff. Kelly Smith appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, upon double-checking the authority cited by counsel during oral argument, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

    The court finds further inquiry than already has occurred into plaintiff's financial information is not within the scope of permissible discovery under Federal Rule of Civil Procedure 26(b). The motion to compel is denied.

DATED: July 13, 2006.

                                                                    UNITED STATES MAGISTRATE JUDGE

006 hernandez-chinn.oah